IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES TEMPLETON<br>    Plaintiff<br><br>v.<br><br>AUSTIN POLICE OFFICERS<br>EDWARD JARAMILLO #8408,<br>STEVEN KIELCHESKI #7314, JAMES<br>STARNES #7338, GADIEL ALAS<br>#7835, TARA DICKEN #4761, AMY<br>BOUDREAU #8370, VANAJAKSHI<br>PATURU, M.D., ROBIN REMSING,<br>LCSW, COLLEEN MCCOLLOUGH,<br>LCSW AUSTIN LAKES HOSPITAL<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:19-cv-00848-JRN<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CITY DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE JAMES R. NORLIN:

COME NOW, City of Austin Police Officers Edward Jaramillo, Steven Kielcheski, James Starnes, Gadiel Alas, Tara Dickens, and Amy Boudreau ("City Defendants"), and file City Defendants' Original Answer in response to Plaintiff's Amended Complaint, and show as follows.

City Defendants deny the allegations in Plaintiff's introductory paragraphs, pages 1-2.

### I.
### Jurisdiction and Venue

City Defendants admit the allegations in Paragraphs 1 – 2.

### II.
### Parties

City Defendants admit the allegations in Paragraphs 3 and 4, but lack sufficient information to admit or deny the allegations in Paragraphs 5 – 8.

### III.
### Causes of Action

A.  **Excessive Force**

City Defendants deny the allegations in Paragraphs 9 – 10.

B.  **Due Process**

City Defendants admit the allegations in Paragraph 11.

City Defendants deny the allegations in Paragraph 12.

City Defendants lack sufficient information to admit or deny the allegations in Paragraphs 13 and 14.

C.  **Americans with Disabilities Act**

City Defendants deny the allegations in Paragraphs 15 and 16.

D.  **Negligence**

City Defendants lack sufficient information to admit or deny the allegations in Paragraphs 17 -19.

### IV.
### Damages

City Defendants deny the allegations in Paragraph 20.

### V.
### Jury Demand

City Defendants lack sufficient information to admit or deny allegations in Paragraph 21.

### VI.
### Attorney's Fees

City Defendants deny the allegations in Paragraph 22.

## Conclusion

City Defendants deny Plaintiff is entitled to the relief pled.

## **AFFIRMATIVE DEFENSES**

City Defendants assert the affirmative defense of qualified/official immunity for employee actions taken in the course and scope of employment with the City of Austin.

City Defendants assert the affirmative defense of governmental immunity.

City Defendants assert the affirmative defense of Plaintiff's contributory/comparative negligence.

City Defendants assert the affirmative defense of the protections and limitations of the Texas Tort Claims Act, including the limitation on amount of liability, §101.023, *Tex.Civ.Prac.&Rem.Code.*

City Defendants assert the affirmative defense that medical and health care expenses, if any, are limited to that amount actually paid or incurred by or on behalf of Plaintiff. *Tex.Civ.Prac.&Rem.Code. §41.0105.*

City Defendants reserve the right to assert additional affirmative defenses as they become apparent.

## **PRAYER**

WHEREAS, City Defendants pray that Plaintiff's claims be dismissed, and for attorney's fees, costs, and whatever relief they are entitled at law or equity.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION

*/s/ Chris Edwards*
CHRIS EDWARDS
State Bar No. 00789276
City of Austin
P. O. Box 1546
Austin, Texas 78767-1546
chris.edwards@austintexas.gov
Telephone (512) 974-2419
Facsimile (512) 974-1311

**ATTORNEYS FOR CITY DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that I have served the foregoing on all parties or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 5th day of January, 2020.

**Via CM/ECF:**
Brian McGiverin
State Bar No. 24067760
brian@austincommunitylawcenter.org
AUSTIN COMMUNITY LAW CENTER
1411 West Ave., Ste. 104
Austin, Texas 78701
Telephone: (512) 596-0226
Facsimile: (512) 597-0805

**ATTORNEYS FOR PLAINTIFF**

*/s/ Chris Edwards*
CHRIS EDWARDS